(Doc. No. 39, 42)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

|  |  |
|---|---|
| SYED M. TARIQ-SHUAIB, : | |
| : | |
| Plaintiff, : | |
| : | Civil No. 09-4760 (RBK/JS) |
| v. : | |
| : | **ORDER** |
| CITY OF CAMDEN and STATE : | |
| OF NEW JERSEY, : | |
| : | |
| Defendants. : | |

**THIS MATTER** having come before the court on the Motion of City of Camden ("Defendant") to dismiss the claims of Syed M. Tariq-Shuaib ("Plaintiff") pursuant to Federal Rule of Civil Procedure 27, and the Court having considered the moving papers and responses thereto, and for the reasons expressed in the accompanying Opinion issued this date;

**IT IS HEREBY ORDERED** that Defendant's Motion to dismiss is **GRANTED**. Plaintiff's claims are dismissed with prejudice.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Default Judgment is **DENIED AS MOOT.**

Date:__11-13-12____                                         /s/Robert B. Kugler_____

                                                            ROBERT B. KUGLER
                                                            United States District Judge